UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>  )<br>MICHAEL WAYNE ALEXANDER,  )<br>  )<br>   Defendant.  )<br>_____ ) | Case No. MJ10-243<br><br>ED/WA CR09-87<br>ED/WA CR 10-52<br><br>DETENTION ORDER |

Offenses charged:

ED/WA CR09-87:

Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846

ED/WA CR10-52:

Count 1:   Unlawful User of a Controlled Substance in Possession of a Firearm, in violation of 18 U.S..C. § 922(g)(3)

Count 2:   Maintaining a Drug Involved Premises, in violation of 21 U.S.C. § 856(a)(2)

Date of Detention Hearing: June 11, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

(2) Defendant has no viable release address.

(3) Defendant may have on-going substance abuse issues.

(4) The Assistant United States Attorney proffered information about defendant's threats against a potential witness.

(5) There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant or the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the Eastern District of Washington and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//
//

01  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
02  counsel for the defendant, to the United States Marshal, and to the United States
03  Pretrial Services Officer.

04

DATED this 11th day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge